1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   GLEN PAUL DOMINGUEZ,                    1:10-cv-02146-SMS (PC)

12               Plaintiff,

13        vs.                                ORDER DIRECTING CLERK TO
                                             REDESIGNATE CASE
14   STATE OF CALIFORNIA DEPARTMENT OF
     CORRECTIONS,

15
                 Defendant.
16   _____/

17

18        Plaintiff Glen Paul Dominguez, proceeding *pro se*, filed this civil rights action pursuant to

19   42 U.S.C. § 1983, asserting parole-related claims.  Plaintiff is no longer confined.  As a result, this

20   case has been misdesignated as a prisoner civil rights (550).

21        The Clerk of Court is hereby directed (1) to redesignate this case as a District Court civil

22   rights case (440) and (2) to provide to Plaintiff appropriate new case documents, including the

23   appropriate form to request *in forma pauperis status.*

24

25   IT IS SO ORDERED.

     Dated:    November 23, 2010              /s/ Sandra M. Snyder
26                                           UNITED STATES MAGISTRATE JUDGE

27

28