UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN PAUL DOMINGUEZ, | 1:10-cv-02146-LJO-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |
| vs. | (Doc. 11) |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| Defendant. | **ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

Plaintiff is proceeding pro se in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2011, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within ten (10) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 16, 2011, are ADOPTED IN FULL;

2. This entire action is DISMISSED, without prejudice, for plaintiff's failure to follow the Court's order(s) and rules and failure to prosecute; and,

3. The Clerk of Court administratively CLOSE this action.

IT IS SO ORDERED.

**Dated:   April 4, 2011**                      **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE